DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

24 SEPTEMBER 2015

| 234P15 | Jonathan Wilner, et al., and All Others Similarly Situated v. The Cedars of Chapel Hill, LLC, et al. | 1. Plts' PDR Under N.C.G.S. § 7A-31 (COA14-380) | 1. Denied |
| | | 2. Defs' Conditional PDR Under N.C.G.S. § 7A-31 | 2. Dismissed as moot |
| | | 3. North Carolina Association of Realtors' Conditional Motion for Leave to File *Amicus* Brief | 3. Dismissed as moot |
| | | 4. Defs' Motion to Strike Motion for Leave to File *Amicus Curiae* Brief on Behalf of the North Carolina Association of Realtors | 4. Dismissed as moot |
| 235P15 | Jimmy L. and Angela M. Allen v. Travelers Insurance Company | Plts' *Pro Se* Motion for PDR Under N.C.G.S. § 7A-31 (COA15-427) | Denied |
| 236P15 | Jimmy L. and Angela M. Allen v. Travelers Insurance Company and The Charter Oak Fire Insurance Company | Plts' *Pro Se* Motion for PDR Under N.C.G.S. § 7A-31 (COA15-428) | Denied |
| 240P15-2 | In the Matter of Appeal of Celeste G. Broughton, Trustee, from the Decision of the Wake County Board of Equalization and Review Regarding the Valuation and Taxation of Certain Property for Tax Year 2013 | Taxpayer's *Pro Se* Motion for Notice of Appeal (COA15-519) | Dismissed *ex mero motu* |
| 243P15 | State v. Steven L. Lowery | Def's PDR Under N.C.G.S. § 7A-31 (COA14-1306) | Denied |
| 244A15 | State v. Tanisha Decole Belcher | Def's Notice of Appeal Based Upon a Constitutional Question (COA15-31) | Dismissed *ex mero motu* |
| 253P15 | State v. Artie Stevenson Smith, Jr. | Def's PDR Under N.C.G.S. § 7A-31 (COA14-1314) | Denied |
| 254P15 | Donna Simmons v. Kathleen M. Waddell | Def's PDR Under N.C.G.S. § 7A-31 (COA14-1214) | Denied |